# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Goodwin, Charles B. | U.S. District Court for the Western District of Oklahoma | 5/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

200 NW 4th Street, Room 1305
Oklahoma City, OK 73102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 5/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 5/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allegiance Credit Union | A | Interest | L | T | | | | | |
| 2. Brokerage Account #1 (H) | | | | | | | | | |
| 3. -US Treasury | A | Interest | L | T | | | | | |
| 4. Brokerage Account #2 (H) | | | | | | | | | |
| 5. -Merrill Lynch Cash Account | A | Interest | K | T | | | | | |
| 6. -SX5E Stepup Issuer HSBC MLZON | A | Dividend | K | T | Buy | 09/04/15 | K | | |
| 7. -Fidelity Advisor New FNIAX | A | Dividend | L | T | | | | | |
| 8. -Franklin Cust Fd FKINX | B | Dividend | K | T | | | | | |
| 9. -Putnam Capital Spectrum PVSAX | A | Dividend | K | T | | | | | |
| 10. -RS Floating Rate Fund RSFLX | B | Dividend | K | T | | | | | |
| 11. Brokerage Account #3 (H) | | | | | | | | | |
| 12. Merrill Lynch Cash Account | A | Interest | J | T | | | | | |
| 13. -Blackstone Alt Multi BXMIX | A | Dividend | J | T | Buy | 08/17/15 | J | | |
| 14. -Consumer Discretionary XLY | A | Dividend | J | T | | | | | |
| 15. -Emerging Global Shares ECON | A | Dividend | | | Sold | 10/15/15 | J | A | |
| 16. -Health Care Select SPDR XLV | A | Dividend | J | T | | | | | |
| 17. -Highland Global HCOYX | A | Dividend | J | T | Buy | 08/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 5/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -IShares IBoxx LQD | A | Dividend | J | T | Buy (add'l) | 10/15/15 | J | | |
| 19. -IShares Inc Core MSCI IEMG | A | Dividend | J | T | Sold (part) | 08/25/15 | J | A | |
| 20. -IShares MBS ETFMBB | A | Dividend | J | T | Buy (add'l) | 08/31/15 | J | | |
| 21. | | | | | Buy (add'l) | 09/08/15 | J | | |
| 22. | | | | | Buy (add'l) | 09/21/15 | J | | |
| 23. | | | | | Sold (part) | 10/15/15 | J | A | |
| 24. -IShares MSCI EAFE EFA | A | Dividend | K | T | Buy (add'l) | 08/21/15 | J | | |
| 25. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 26. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 27. | | | | | Buy (add'l) | 09/08/15 | J | | |
| 28. | | | | | Buy (add'l) | 09/21/15 | J | | |
| 29. -IShares Tips TIP | A | Dividend | J | T | Buy (add'l) | 10/15/15 | J | | |
| 30. -IShares 3-7 Year IEI | A | Dividend | J | T | Sold (part) | 10/15/15 | J | A | |
| 31. -Marketing Vectors Emrg Mkts EMLC | A | Dividend | J | T | | | | | |
| 32. -Materials Select Sector XLB | A | Dividend | J | T | | | | | |
| 33. -Powershares Global PCY | A | Dividend | J | T | | | | | |
| 34. -Powershares Preferred PGX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 5/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -Sector SPDR Consmrs STPL XLP | A | Dividend | J | T | | | | | |
| 36.   -Sector SPDR Energy XLE | A | Dividend | J | T | | | | | |
| 37.   -Sector SPDR Industrial XLI | A | Dividend | J | T | Buy (add'l) | 08/21/15 | J | | |
| 38. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 39. | | | | | Buy (add'l) | 09/08/15 | J | | |
| 40. | | | | | Buy (add'l) | 09/21/15 | J | | |
| 41. | | | | | Sold (part) | 12/15/15 | J | A | |
| 42.   -Sector SPDR Utilites XLU | A | Dividend | J | T | | | | | |
| 43.   -SPDR Barclays JNK | A | Dividend | J | T | Sold (part) | 10/15/15 | J | A | |
| 44.   -Vanguard Financials ETF VFH | A | Dividend | K | T | Buy (add'l) | 08/21/15 | J | | |
| 45. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 46. | | | | | Buy (add'l) | 09/08/15 | J | | |
| 47. | | | | | Buy (add'l) | 09/21/15 | J | | |
| 48. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 49.   -Vanguard Information VGT | A | Dividend | J | T | Buy (add'l) | 08/21/15 | J | | |
| 50. | | | | | Buy (add'l) | 09/08/15 | J | | |
| 51.   -Vanguard Intermediate BIV | A | Dividend | J | T | Buy (add'l) | 08/31/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 5/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 09/21/15 | J | | |
| 53. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 54. -Vanguard Short Term Bond BSV | A | Dividend | J | T | | | | | |
| 55. -Vanguard Telecomm Srvcs VGT | A | Dividend | J | T | | | | | |
| 56. First Oklahoma Investments LLC | C | Distribution | J | U | | | | | |
| 57. Third Oklahoma Investments LLC | A | Distribution | J | U | | | | | |
| 58. Avenue F LLC | A | Distribution | J | U | | | | | |
| 59. Redrock Canyon-Grill Southlake, LLC | A | Distribution | K | U | Buy | 06/30/15 | K | | |
| 60. IRA Account #1 (H) | | | | | | | | | |
| 61. -Merrill Lynch Cash Account | A | Interest | L | T | | | | | |
| 62. -Putnam Capital Spectrum PVSAX | A | Dividend | K | T | | | | | |
| 63. -Thornburg Income Builder TIBAX | B | Dividend | K | T | | | | | |
| 64. -Fidelity Advisor New FNIAX | A | Dividend | K | T | | | | | |
| 65. -Virtus Allocator Premium VAAX | A | Dividend | K | T | | | | | |
| 66. IRA Account #2 (H) | | | | | | | | | |
| 67. -Merrill Lynch Cash Account | A | Interest | J | T | | | | | |
| 68. -Alps Alerian MLP ETF AMLP | A | Dividend | J | T | Buy | 08/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 5/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Blackstone Alt Multi BXMIX | A | Dividend | J | T | Buy | 08/17/15 | J | | |
| 70. -Emerging Global Shares ECON | A | Dividend | | | Sold | 10/15/15 | J | A | |
| 71. -IShares Iboxx LQD | A | Dividend | J | T | Buy (add'l) | 10/15/15 | J | | |
| 72. -IShares Inc Core MSCI IEMG | A | Dividend | J | T | | | | | |
| 73. -IShares MBS ETF MBB | A | Dividend | J | T | Sold (part) | 10/15/15 | J | A | |
| 74. -IShares MSCI CDA ETF EWC | A | Dividend | J | T | | | | | |
| 75. -IShares MSCI EMU ETF EZU | A | Dividend | | | Sold | 01/23/15 | J | A | |
| 76. -IShares MSCI Pacific EPP | A | Dividend | J | T | | | | | |
| 77. -IShares MSCI Sweden EWD | A | Dividend | J | T | | | | | |
| 78. -IShares MSCI Switzerland EWL | A | Dividend | J | T | | | | | |
| 79. -IShares MSCI United EWU | A | Dividend | J | T | | | | | |
| 80. -IShares Tips TIP | A | Dividend | J | T | | | | | |
| 81. -IShares 3-7 Year IEI | A | Dividend | J | T | | | | | |
| 82. -Market Vectores Emrg Mkts EMLC | A | Dividend | J | T | | | | | |
| 83. -Powershares Global PCY | A | Dividend | J | T | | | | | |
| 84. -Powershares Preferred PGX | A | Dividend | J | T | | | | | |
| 85. -SPDR Barclays JNK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 5/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Vanguard Growth ETF VUG | A | Dividend | K | T | Sold (part) | 03/16/15 | J | A | |
| 87. | | | | | Buy (add'l) | 08/21/15 | J | | |
| 88. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 89. | | | | | Buy (add'l) | 09/08/15 | J | | |
| 90. | | | | | Buy (add'l) | 09/21/15 | J | | |
| 91.  -Vanguard Intermediate BIV | A | Dividend | J | T | Buy (add'l) | 10/15/15 | J | | |
| 92.  -Vangurard Short Term Bond BSV | A | Dividend | J | T | | | | | |
| 93.  -Vanguard Small Cap VBK | A | Dividend | J | T | | | | | |
| 94.  -Vanguard Small Cap Value VBR | A | Dividend | J | T | | | | | |
| 95.  -Vanguard Value ETF VTV | A | Dividend | K | T | Buy (add'l) | 08/17/15 | J | | |
| 96. | | | | | Buy (add'l) | 08/21/15 | J | | |
| 97. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 98. | | | | | Buy (add'l) | 09/08/15 | J | | |
| 99. | | | | | Buy (add'l) | 09/21/15 | J | | |
| 100.  -Wisdomtree Europe Hedged HEDJ | A | Dividend | J | T | Buy | 01/23/15 | J | | |
| 101. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 102.  -Wisdomtree Trust Japan DXJ | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 5/12/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. HSA Bank F/K/A JP M C B, NA HSA Service Center 2014 | A | Interest | K | T | | | | | |
| 104. Trust #1 (H) | | | | | | | | | |
| 105. -Bank of America, NA | A | Interest | M | T | | | | | |
| 106. -Trust Brokerage Account #1 (H) | | | | | | | | | |
| 107. --Money Market FDS IN VT | A | Interest | J | T | | | | | |
| 108. --Allianzgi NJF LG CAP VAL INSTL ANVIX | A | Dividend | | | Sold | 05/21/15 | J | B | |
| 109. --Bridge Builder Large Value BBVLX | A | Dividend | J | T | Buy | 05/21/15 | J | | |
| 110. --Bridge Builder Large Growth BBGLX | A | Dividend | J | T | Buy | 05/21/15 | J | | |
| 111. --Bridge Builder Smallmid Value BBVSX | A | Dividend | J | T | Buy | 05/21/15 | J | | |
| 112. --Bridge Builder Smallmid Growth BBGSX | A | Dividend | J | T | Buy | 05/21/15 | J | | |
| 113. --Bridge Builder INTL Equity BBIEX | A | Dividend | J | T | Buy | 05/24/15 | J | | |
| 114. --Dodge & Cox Stock DODGX | A | Dividend | J | T | | | | | |
| 115. --JP Morgan Mid Cap Value JBMCX | A | Dividend | J | T | | | | | |
| 116. --Fundamental Investors American Funds | A | Dividend | J | T | | | | | |
| 117. --Harbor International HAINX | A | Dividend | J | T | | | | | |
| 118. --Loomis Sayles Inv Grade BD LIGRX | A | Dividend | J | T | | | | | |
| 119. --MFS Intl New Discovery MIDAX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 5/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --MFS Value MEIAX | A | Dividend | J | T | | | | | |
| 121. --Manning Napier World Opp EXWAX | A | Dividend | | | Sold | 07/24/15 | J | A | |
| 122. --Mutual Global Discovery Cl Z MDISX | A | Dividend | J | T | | | | | |
| 123. --Prudential Jenn Mid Cap Gr PEEAX | A | Dividend | J | T | | | | | |
| 124. --Ridgeworth Small Cap Value SASVX | A | Dividend | | | Sold | 05/21/15 | J | A | |
| 125. --T Rowe Price Blue Chip Gr TRBCX | A | Dividend | J | T | Sold (part) | 05/21/15 | J | B | |
| 126. --JP Morgan High Yield OHYAX | A | Dividend | J | T | | | | | |
| 127. --Loomis Sayles Inv Grade BD LIGRX See Part VIII | | | | | | | | | |
| 128. --MFS Intl New Discovery MIDAX See Part VIII | | | | | | | | | |
| 129. --Metropolitan West TTL Ret BD MWTRX | A | Dividend | J | T | | | | | |
| 130. --Pimco Total Return Fund PTUZX | A | Dividend | J | T | | | | | |
| 131. --T. Rowe Price Intl BD RPIBX | A | Dividend | J | T | | | | | |
| 132. --Bridge Builder Bond Fund BBTBX | A | Dividend | J | T | | | | | |
| 133. --JP Morgan Fed Mon Mkt VFVXXX | A | Dividend | J | T | | | | | |
| 134. --LM Clearbridge Sm Cap Grw SASMX | A | Dividend | | | Sold | 05/21/15 | J | A | |
| 135. --Loomis SayleS Global Bond LSGLX | A | Dividend | J | T | | | | | |
| 136. --Oppenheimer Main Street MSIGX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 5/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  --T. Rowe Price Intl Stock PRITX | A | Dividend | J | T | | | | | |
| 138.  -Trust Brokerage Account #2 (H) | | | | | | | | | |
| 139.  --Boing Co See Part VIII | | | | | | | | | |
| 140.  --Caterpillar Inc See Part VIII | | | | | | | | | |
| 141.  --Deere & Co See Part VIII | | | | | | | | | |
| 142.  --Starwood Hotels & Resorts See Part VIII | | | | | | | | | |
| 143.  -Trust Royalty Mineral Leases (H) | | | | | | | | | |
| 144.  --Chaparral Energy LLC | G | Royalty | O | W | | | | | |
| 145.  --Fractal Oil and Gas Co | | None | J | W | | | | | |
| 146.  --L.E. Jones Operating Inc. | B | Royalty | L | W | | | | | |
| 147.  --Enerwest Trading Co. | | None | J | W | | | | | |
| 148.  --Plains Marketing LP | B | Royalty | K | W | | | | | |
| 149.  --Unimark LLC | | None | J | W | | | | | |
| 150.  --Sunoco LP | | None | J | W | | | | | |
| 151.  --DCP Midstream Partners | A | Royalty | J | W | | | | | |
| 152.  --High Sierra Crude Oil LLC | | None | J | W | | | | | |
| 153.  --QEP Energy Inc. | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 5/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --XTO Inc | A | Royalty | J | W | | | | | |
| 155. --Red Rocks Oil & Gas LLC | C | Royalty | L | W | | | | | |
| 156. --Scissortail Energy LLC | A | Royalty | J | W | | | | | |
| 157. --Atlas LP | A | Royalty | L | W | | | | | |
| 158. --Citation Corp. | D | Royalty | L | W | | | | | |
| 159. --Enterprise Partners | D | Royalty | L | W | | | | | |
| 160. --M.E. Klein & Assoc P.C. | B | Royalty | J | W | | | | | |
| 161. --Five States LLC | D | Royalty | K | W | | | | | |
| 162. --American Inc. | | None | J | W | | | | | |
| 163. --Mewborne Co | | None | J | W | | | | | |
| 164. --Chesapeake Corp. | | None | J | W | | | | | |
| 165. --NGL Energy Partners LP | B | Royalty | K | W | | | | | |
| 166. --Marathon Oil Co | | None | L | W | | | | | |
| 167. --Merit Energy See Part VIII | A | Royalty | J | W | | | | | |
| 168. --Targa See Part VIII | C | Royalty | L | W | | | | | |
| 169. --Vitol See Part VIII | A | Royalty | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 5/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 6 is a call option that was purchased and did not generate income in the reporting period.

Lines 127 and 128 are duplicates of lines 118 and 119 and all of the value for those stocks are reported on lines 118 and 119.

Lines 139-142 were completely sold on 5/27/2014.

The oil and gas companies on lines 167-169 are new companies that are participating in existing mineral interest.

FINANCIAL DISCLOSURE REPORT

Page 15 of 15

Name of Person Reporting

Goodwin, Charles B.

Date of Report

5/12/2016

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Charles B. Goodwin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544